IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **7:24-cr-35–WLS-ALS-1** |
| **JACOB LASANE GARDNER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, July 1, 2025, at 3:00 p.m. and for trial during the Court's August 2025 Valdosta trial term (Doc. 34). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Defendant, Jacob Lasane Gardner, filed a timely Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 35) ("Motion"). Therein, Defendant requests a continuance of the trial to the next term of court in the Valdosta Division for Assistant United States Attorney, Tamara Jarrett, to produce the plea agreement and other necessary documents so the Parties can complete plea negotiations. Defendant's counsel, Chauntilia Adaway, represents that she conferred with Government's counsel, Assistant United States Attorney, Tamara Jarrett, who does not oppose the Motion. Defense Counsel further states that the ends of justice served by granting the continuance outweigh the best interests of the public and the United States Attorney's Office[1] in a speedy trial, and that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 35) is **GRANTED**.

---

[1] To satisfy 18 U.S.C. § 3161(h)(7)(A)-(B), the Court assumes Defense Counsel intended to state that the ends of justice served by granting the continuance outweigh the best interests of the public and the *Defendant* in a speedy trial, and the Court so finds based on the statements in the Motion.

1

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Court's Valdosta Division November 2025 trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The July 1, 2025 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 30th day of June 2025.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**